

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-24-00698-CV

Alfred **JONES**,
Appellant

v.

Mae Dell **WARNER**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2024CV08129
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
            Lori I. Valenzuela, Justice
            Lori Massey Brissette, Justice

Delivered and Filed: November 20, 2024

DISMISSED FOR WANT OF PROSECUTION

A filing fee of $205.00 was due when appellant filed his notice of appeal. *See* TEX. R. APP. P. 32.1 (providing an appellant in a civil case shall file a docketing statement promptly upon filing the notice of appeal); TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN THE SUPREME COURT, IN CIVIL CASES IN THE COURTS OF APPEALS, AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Misc. Docket No. 159158, Aug. 28, 2015). We issued an order on October 23, 2024, notifying appellant that the filing fee had not been paid. We ordered appellant

not later than November 4, 2024, to either (1) pay the applicable filing fee or (2) provide written proof to this court that he is excused by statute or the Rules of Appellate Procedure from paying the fee. *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs). Our order additionally required appellant to file a docketing statement no later than November 4, 2024. Our order advised appellant that failure to comply with our October 23, 2024, order would result in a dismissal of this appeal. *See* TEX. R. APP. P. 42.3(c) (permitting appellate courts to dismiss an appeal when appellant fails to comply with a court order).

Appellant has not paid the filing fee nor filed a docketing statement. We, therefore, dismiss this appeal. *See id.*

PER CURIAM